John Harbin (*PHV application forthcoming*)
   jharbin@mcciplaw.com
Meunier Carlin & Curfman IP Law
999 Peachtree Street NE, Suite 1300
Atlanta, GA 30309
Tel:   404-645-7700

James Doroshow (SBN 112920)
   jdoroshow@foxrothschild.com
Jeff Grant (SBN 218974)
   jgrant@foxrothschild.com
Kari Barnes (SBN 253640)
   kbarnes@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:   310-598-4150
Facsimile:   310-556-9828

Attorneys for Defendant
THERMAMEDX, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCUGIENE, INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>THERMAMEDX, LLC, a Georgia limited liability company; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:22-CV-05607 AB-MAA<br><br>Hon. Judge Andre Birotte Jr<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: August 8, 2022<br><br>Complaint Served:  September 20, 2022<br>Current Response Date:  October 11, 2022<br>New Response Date:  November 10, 2022 |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 8-3, Plaintiff Ocugiene, Inc. ("Plaintiff") and Defendant Thermamedx, LLC ("Defendant"), by and through their counsel of record, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action (Dkt. 1) on August 9, 2022;

WHEREAS, Defendant received service of the Summons and Complaint in the above-captioned action on September 20, 2022;

WHEREAS, the deadline for Defendant to serve an answer or otherwise respond to the Complaint is presently October 11, 2022; and

WHEREAS, Plaintiff and Defendant wish to extend the time for Defendant to respond to the Complaint by thirty (30) days.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective undersigned counsel, that Defendant shall have up to and including November 10, 2022 to respond to the Complaint.

Dated: September 30, 2022          FOX ROTHSCHILD LLP

                                   By  /s/ James Doroshow
                                       James Doroshow
                                       Jeff Grant
                                       Attorneys for Defendant
                                       THERMAMEDX, LLC

Dated: September 30, 2022          OMNI LEGAL GROUP

                                   By /s/ Omid Khalifeh
                                       Omid Khalifeh
                                       Attorneys for Plaintiff
                                       OCUGIENE, INC.,

## ATTESTATION

As required by Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories above concur in this filing's content and have authorized the filing.

By  */s/ James Doroshow*
James Doroshow

STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8- 3)
138547476.1